UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN LESLY TOUZE,

    Plaintiff,

v.                                      Case No. 3:20cv5936-MCR-HTC

SERGEANT B. CASH,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Jean Lesley Touze initiated this action in January 2020 by filing a civil rights complaint under 42 U.S.C. § 1983. ECF Doc. 1. On May 25, 2021, Defendant filed a suggestion of death (ECF Doc. 22), notifying the Court Plaintiff died at Taylor Correctional Institution on May 2, 2021. ECF Doc. 22; *see also,* FDOC Network, Inmate Release Information Detail, www.dc.state.fl.us.

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.
> Fed. R. Civ. P. 25(a)(1).

Out of an abundance of caution, on May 28, 2021, the Court entered an order giving Plaintiff's successor or personal representative ninety (90) days from

the date of the order to file a motion for substitution. ECF Doc. 23 (citing Fed. R. Civ. P. 25(a)). Because the Court did not have any other address for Plaintiff, the order was sent to Plaintiff's institution at the time of death, Taylor Correctional Institution. The order was returned undelivered. To date, no motion for substitution has been filed and more than 90 days has passed since the suggestion of death was filed.

Accordingly, it is respectfully RECOMMENDED:

1. This case be dismissed under Federal Rule of Civil Procedure 25(a)(1).

2. The clerk be directed to close the file.

Done in Pensacola, Florida, this 1st day of September, 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed **within fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.