UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN LESLY TOUZE,

    Plaintiff,

v.                                         CASE NO. 3:20cv5936-MCR-HTC

SERGEANT B CASH,

    Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on September 1, 2021, ECF No. 26, recommending that the case be dismissed under Federal Rule of Civil Procedure 25(a)(1) because Plaintiff has died and no one has moved to be substituted for him.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There are no timely objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order.

Case No. 3:20cv5936-MCR-HTC

2. This matter is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 25(a)(1).

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 5th day of October 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**